*John I. Hall, Olin J. Wimberly, Erwin & Callaway,* and *Hardeman & Jones,* contra.

---

BUTLER, receiver, *v.* SCANDRETT *et al.*

BUTLER, receiver, *v.* WRIGHT *et al.*

ATKINSON, J. The rulings made in the case of *Butler* v. *Mitchell,* ante,. are controlling in these two cases.

<i>Judgment affirmed. All the Justices concur.</i>

Argued March 14,—Decided May 20, 1907.

Injunction. Before Judge Felton. Bibb superior court. April 24, 1906.

*Miller & Jones* and *J. C. Morcock,* for plaintiff in error.

*John I. Hall, Olin J. Wimberly, Erwin & Callaway,* and *Hardeman & Jones,* contra.